IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00282-REB-MEH

CALIFORNIA FLATIRON CORP., a California corporation,

    Plaintiff,

v.

GEMINI INSURANCE COMPANY, a Delaware corporation, and
SIXELLS, LLC, a Delaware limited liability company,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the plaintiff's **Unopposed Motion To Remand** [#9], filed March 5, 2008. The motion is **DENIED** without prejudice for failure to comply with D.C.COLO.LCivR 7.1A as to defendant Sixells, LLC.

Dated: March 6, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.