**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00282-REB-MEH

CALIFORNIA FLATIRON CORP., a California corporation,

    Plaintiff,

v.

GEMINI INSURANCE COMPANY, a Delaware corporation, and
SIXELLS, LLC, a Delaware limited liability company,

    Defendants.

## ORDER REMANDING CASE TO STATE COURT

**Blackburn, J.**

The matter before the court is plaintiff's **Unopposed Motion To Remand** [#11], filed March 7, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this matter should be remanded to the District Court of the City and County of Denver, Colorado.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Remand** [#11], filed March 7, 2008, is **GRANTED**; and

2. That this case is **REMANDED** to the District Court of the City and County of Denver, Colorado (where it was originally filed as civil action no. 08-CV-234).

Dated March 10, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn
                              Robert E. Blackburn
                              United States District Judge**